IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Karen Katz, | ) | Case No.:  6:15-3451-TMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| Unum Life Insurance Company of America, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, on behalf of the parties, hereby respectfully gives the court notice that the matter *sub judice* has settled and the court may issue a *Rubin* order.  As soon as the closing papers have been properly executed, the parties will forward them over to the court.

s/ Robert E. Hoskins
Robert E. Hoskins, Esq.
Federal Bar #:  5144
**FOSTER LAW FIRM, LLC**
PO Box 2123
Greenville, SC 29602
(864) 242-6200
(864) 233-0290 (facsimile)
E-mail:  rhoskins@erisaexperience.com

Date: September 29, 2015                    Attorneys for Plaintiff